**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. DOMINIC HIGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-1188-D |
| 1. UNITEDHEALTH GROUP, INC., | ) ) |
| 2. OPTUMRX, | ) ) |
| 3. UNITED HEALTHCARE SERVICES, INC., | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 18th DAY OF APRIL, 2014.**

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST
  & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: Amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Nicholas Billman
(*Signed by filing counsel with permission of Mr. Billman*)
Nicholas Billman (*Pro hac Vice*)
Denise K. Drake (*Pro hac Vice*)
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri 64106
Telephone: (816) 627-4400
Facsimile: (816) 627-4444
Email: nbillman@littler.com
      ddrake@littler.com
*Counsel for Defendant*

Mary P. Snyder, OBA No. 31427
Crowe & Dunlevy
20 North Broadway, Ste 1800
Oklahoma City, Oklahoma 73102-8273
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
Email: mary.snyder@crowedunlevy.com
*Counsel for Defendant*